## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT LONDON

### *ELECTRONICALLY FILED*

| | | |
|---|---|---|
| **CATALYST RESOURCES, LLC** | ) | |
| | ) | **Case No. 6:16-cv-00207-KKC** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| **ANDRES E. TORO** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff, Catalyst Resources, LLC, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of the voluntary dismissal of this action against Andres E. Toro.

Respectfully submitted,

 */s/  Emma R. Wolfe*
Matthew A. Stinnett
Emma R. Wolfe
Dickinson Wright PLLC
300 W. Vine Street, Ste. 1700
Lexington, Kentucky 40507
Tel:    (859) 899-8700
Fax:    (859) 899-8759
Email: mstinnett@dickinsonwright.com
        ewolfe@dickinsonwright.com

COUNSEL FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all counsel of record.

<u>  /s/   Emma R. Wolfe                    </u>
Emma R. Wolfe
COUNSEL FOR PLAINTIFF

LEXINGTON 64493-2 42670v1