UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **CATALYST RESOURCES, LLC,** | **CIVIL ACTION NO. 6:16-207-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **ANDRES E. TORO,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

In accordance with Plaintiff's amended notice of voluntary dismissal (DE 5), this matter is DISMISSED and STRICKEN from the Court's active docket.

Dated October 12, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY